UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ex rel., IRVING PHAN, | No.  2:14-cv-419 JAM-KJN |
|---|---|
| Plaintiff, | |
| v. | **RECUSAL ORDER** |
| MEDTRONIC, INC. | |
| Defendant. | |

    Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the

1

assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

DATED: June 6, 2016

                                     /s/ John A. Mendez_____
                                     HONORABLE JOHN A. MENDEZ
                                     United States District Court Judge