1  BENJAMIN C. MIZER
   Assistant Attorney General
2  MICHAEL D. GRANSTON
   JAMIE A. YAVELBERG
3  COLIN M. HUNTLEY
   Attorneys, Civil Division
4  United States Department of Justice
   P.O. Box 261
5  Ben Franklin Station
   Washington, DC 20044
6  Telephone:  (202) 353-8190
   E-mail: Colin.Huntley@usdoj.gov
7
   PHILLIP A. TALBERT
8  Acting United States Attorney
   CATHERINE J. SWANN
9  Assistant United States Attorney
   501 I Street, Suite 10-100
10 Sacramento, CA  95814
   Telephone:  (916) 554-2700
11 Facsimile:  (916) 554-2900
   Email: Catherine.Swann@usdoj.gov
12
   *Attorneys for the United States*
13
                IN THE UNITED STATES DISTRICT COURT
14
               IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* KELLY NGUYEN, *et al.*, | CASE NOS. 2:13-cv-0806 TLN KJN / 2:14-cv-0419 KJM KJN |
| Plaintiffs, | |
| vs. | **UNITED STATES' NOTICE OF CONSENT TO DISMISSAL OF THE *QUI TAM* COMPLAINT WITHOUT PREJUDICE** |
| MEDTRONIC, INC., | |
| Defendant. | |
| UNITED STATES OF AMERICA, *ex rel.,* IRVING PHAN, *et al.*, | |
| Plaintiffs, | |
| vs. | |
| MEDTRONIC, INC., | |
| Defendant. | |

United States' Notice of Consent to Dismissal
of the *Qui Tam* Complaint Without Prejudice

1

The United States has declined intervention in this matter. Accordingly, and pursuant to 31 U.S.C. § 3730(b)(1), the United States hereby consents to the dismissal of this case, so long as it is without prejudice as to the United States.

DATED: September 20, 2016                      Respectfully submitted,

                                                          BENJAMIN C. MIZER
                                                          Assistant Attorney General

                                                          PHILLIP A. TALBERT
                                                          Acting United States Attorney

                                                          /s/ *Catherine J. Swann*
                                                          CATHERINE J. SWANN
                                                          Assistant United States Attorney

                                                          MICHAEL D. GRANSTON
                                                          JAMIE A. YAVELBERG
                                                          COLIN M. HUNTLEY
                                                          Attorneys, Civil Division

                                                          *Attorneys for the United States*

*Phan v. Medtronic*
2:14-cv-419 KJM KJN

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on September 20, 2016, she served a copy of:

**UNITED STATES' NOTICE OF CONSENT TO DISMISSAL OF THE *QUI TAM* COMPLAINT WITHOUT PREJUDICE**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

**Addressee(s):**

Fabrice Vincent
Robert Nelson
Lieff Cabraser Heimann & Bernstein
275 Battery Street 29th Floor
San Francisco, CA  94111

Jennifer Suzanne Gregory
Office of the Attorney General for the State of California
Bureau Of Medi-Cal Fraud And Elder Abuse
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA  95833

                                                */s/Kimberly Siegfried*
                                                KIMBERLY SIEGFRIED